IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CALVIN HAMPTON                                                          PLAINTIFF

VS.                                                          No.  1:04cv259-D-D

OKTIBBEHA COUNTY SHERIFFS DEPARTMENT, et. al.                          DEFENDANTS

ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendants' motion for summary judgment (docket entry 54) is DENIED.

All memoranda, depositions, declarations and other materials considered by the court in
ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 2nd day of February 2006.


/s/ Glen H. Davidson
Chief Judge